NUMBER 13-06-00254-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________________________

 

SIR MAURICE JOHNSON, Appellant,


v.



TEXAS DEPARTMENT OF CRIMINAL

JUSTICE INSTITUTE DIVISION, ET AL., Appellees.

________________________________________________________________________


On Appeal from the 343rd District Court of Bee County, Texas.


______________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam


 Appellant, Sir Maurice Johnson, attempted to perfect an appeal from a judgment
entered by the 343rd District Court of Bee County, Texas, in cause number B-04-1394-CV-C. The clerk's record in the above cause was received by this Court on October 1, 2007. 
The supplemental clerk's record was received on October 4, 2007. Upon inspection of the
record, it appears that there is not a final, appealable judgment. On October 5, 2007, the
Court gave appellant notice of this defect so that steps could be taken to correct the defect,
if it could be done. The Court notified appellant that if this defect were not cured within ten
days from the date of receipt of this notice, the appeal would be dismissed for want of
jurisdiction. See Tex. R. App. P. 42.3(a)(c).

 Appellant has failed to respond or otherwise correct the defect, and accordingly, the
appeal is DISMISSED FOR WANT OF JURISDICTION. See id.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 17th day of January, 2008.